THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AGNES STOREY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting the defendant of the crime of driving a motor vehicle while intoxicated, contrary to section 70, subdivision 5, of the Vehicle and Traffic Law, reversed on the law, the information dismissed, and

the defendant discharged. We are of opinion that the People did not prove the defendant guilty of intoxication beyond a reasonable doubt. The police officer admitted that people probably did become confused in driving out of the Boulevard Tavern parking space into Queens boulevard. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.